IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Cherry Graziosi**
,

Plaintiff(s),

v.

Accretive Health, Inc. et al,

Defendant(s).

Case No. 13-cv-1194
Judge Robert M. Dow

## ORDER

For the reasons set forth in the Memorandum Opinion and Order, Baptist's motion to dismiss [62] is granted; Methodist's motion to dismiss [67] is granted; Southeast's motion to dismiss [78] is granted; MedStar's motion to dismiss [81] is denied; and Accretive's motion to dismiss [72] is granted in part and denied in part. This case is set for status hearing on April 19, 2017 at 9:00 a.m.

Date: 3/21/2017

/s/ Robert M. Dow, Jr.
United States District Judge